# December, A.D. 1763.

## Curia Admiral.

———◆———

## Coram Honor.
## Chambers Ruffell, Armigero.

———◆———

### Bifhop *verf.* Brig Freemafon.* ( 1 )

M R. AUCHMUTY. I fhall confider firft the Act of 15 Car. 2. (2)  The Words are confined to *Importation.*  Importation is to be a Forfeit; this

\* Vid. Wilfon's Reps. 257, *Smyth* v. *Reynolds.*

Landing is not effential to conftitute an Importation of Goods contrary to the Act of 15 Car. 2, c. 7, § 6.

A bringing into Port of prohibited Goods, under Circumftances fhowing a fraudulent Intent, though without Landing or breaking Bulk, is fufficient, under that Act, to work a Forfeiture of Ship and Cargo.

(1) This was a libel by Captain Bifhop as a Cuftom Houfe Officer, againft the Freemafon, as forfeited for importing European goods not fhipped in Great Britain, in violation of the Act of 15 Car. 2, ch. 7, § 6.  See note at the end of the cafe.  *Auchmuty* was Advocate General — *Gridley & Thacher* for the claimants.  No copies of the proceedings can be found, for moft of the Admiralty records and files of Court prior to 1765 were deftroyed in the ftamp act riot of the 26th of Auguft, in that year, (2 Minot's Hift. Mafs. 215. *Ante*, 169,) and what remained are fuppofed to have been carried away, either to Halifax or England. 10 John Adams's Works, 205, 354.

(2) The act of 15 Car. 2, c. 7, § 6, provides that " no Commodity of " the Growth, Production or Manufacture of *Europe* fhall be imported " into any Land, Ifland, Plantation, Colony, Territory, or Place to His " Majefty belonging " " in *Afia*, *Africa*, or *America*, (*Tangier* only excepted) Cargo.

this four Times mentioned in the fame Act; from this I reafon that 'tis not a Landing that is required, but that a bare Importation will be a Forfeit.    15 Car. 2, ch. 7, § 6, p. 16.    Acts of Parliament are to be conftrued as we find them; Courts have no Power to controul them.    Fofter's Crown Law, 20, 21, *Alexander Kinlock & Chas. Kinlock*, two Perfons indicted for Treafon; fpecial Plea, that, by Cuftom, they were to be tried in Scotland : — This, only to fhow how Acts are to be conftrued. — The Offence is allowed to be within the Letter, but not within the ufual Conftruction.    That the Veffel has imported thefe Goods is very certain.    She was fome Time below, was above the Caftle (3) fome Time. (He then obferves upon the Evidence to fhew there was a Defign of fraudulent Importation.)

2. Whether fhe is within the Meaning of this Act, which is for the Encouragement of Trade : What the Trade is that is to be encouraged, Sec. 5 fhews :    It is to render Great Britain the Staple. The only fenfible Meaning of Importation is *Bring-ing in*, exclufive of Landing.    13 & 14 Car. 2, ch. 13, fhews this ought to be the Conftruction.    In the fame Senfe 'tis taken in 13 & 14 Car. 2, ch. 19, and in 13 & 14 Car. 2, ch. 11, §§ 22, 23, and in 22 & 23 Car. 2, ch. 26.    From thefe Acts, I think it was evident that *Bringing in* is all they meant by Importation,

---

" cepted) but what    all be *bona fide* and without Fraud laden and " fhipped in *England*, *Wales* or the Town of *Berwick* upon *Tweed*, and " in *Englifh* built Shipping."

(3) Caftle Ifland, on which Fort Independence now ftands, is within the mouth of the harbor, and about two and a half miles from the city.

tion, as all thefe Acts ufe the Words. The Statute 6 Geo. 2, ch. 13, §§ 2 & 3, makes a Diftinction between Landing and Importing: They defigned to make a Diftinction between Goods that are cuftomable, and not forfeited till Landing, and thofe which, being prohibited, are forfeited by bare Importation. If thefe Laws fhould be otherwife conftrued, they would be compleatly evaded. — For, if they have not a fair Opportunity of *Running*, they will *Report.* The Confequences of this Act to any particular Plantation cannot now be confidered. There is a great Difference between Goods that may be imported and pay a Duty, and thofe which are abfolutely prohibited.

*Mr. Thacher.* I afk no Favour againft Law. There is a Preliminary to be fettled before the Merits. I queftion the Power the prefent Libellant had to feize — and, if fo, the Seizure is abfolutely void. (Upon this, Capt. Bifhop's Commiffion was read, which was from three of five Commiffioners of the Cuftoms — and a Power to feize fuch and fuch contraband Goods wherever he fhould find them.) By the 13 & 14 of Car. 2, ch. 11, § 15, none but an Officer can feize. 2 Strange, 952, *Horne* v. *Boofey.* If feized and condemned, the Owner fhall afterwards recover in Trover, if the Perfon who feized was not a proper Officer. Now, every Officer is to be over fome Port, Harbour, Town, &c.; Captain Bifhop's Commiffion is general. No Plantations are mentioned, but it extends through the Globe. Have the Commiffioners alone a Power to grant fuch Commiffions? I can't find their Appointment, therefore fuppofe that it is by the King's
Prerogative,

Prerogative, and that he might farm the Cuſtoms or appoint Commiſſioners. This, with Regard to the Realm, not the Plantations, as their Planting is within Memory. There were no Officers for a long Time known as Officers of the Cuſtoms, but they were ordered to the Governour, or Officers by him appointed. And 'tis by expreſs Acts of Parliament that their Appointment here is. 25 Car. 2, ch. 7, § 4. I find by the Records in the Council-Chamber, that the Commiſſioners ground themſelves upon this Act, which reſpects only Collection of Cuſtoms. 'Tis 7 & 8 W. 3, ch. 22, § 11, this Warrant is grounded, if upon any. By this Act, Power is given to the Lord Treaſurer or Commiſſioners of the Treaſury (theſe are ſynonymous) and the Commiſſioners of the Cuſtoms, jointly. This Warrant is only from the Commiſſioners of the Cuſtoms, whereas no excluſive Power is given to either. Further, Officers who ſhall be thus appointed ſhall be particularly limited, they are ſtill to appoint in ſome particular Place, and over ſome particular Department. By the 13 & 14 Car. 2, ch. 11, § 14, it ſeems that the Officers, even in England, are limited; and it ſeems to be divided into Diſtricts Officers are obliged to reſide in; ſo that, had there been no Claim, the Party might have brought his Action. This late Act gives no new Power, but only to appoint Ships. There is an Act in 10 of Wm. 3, which impowers Ships to ſeize, which is only on the Coaſts, and this is only to extend that coaſting Power to the Plantations.

Let us conſider whether it comes within the Letter of this Act. If any Veſſell approaches or comes
into

into a Port, without any Intent to unload, fhall her Cargo be faid to be imported? Can a Thing be faid to be imported, becaufe the Veffell that holds it comes into Port? What Mifchief do they mean to fupprefs? 'Tis lawfull for us to be Carriers from one French Port to another. Shall then an Englifh Veffell, Carrier for other Nations, leaking and wanting Provifions, with Liberty from the Owner to touch at an Englifh Port for a few Days to procure Stores, not be permitted to touch at fuch Englifh Port? I challenge an Inftance of a Seizure on this Act, till Landing or Bulk broken. Can it be faid that this Stopping is the Mifchief? 'Tis fupplying the Colonies that is intended to be prevented. This will be ftill plainer from feveral Acts the Advocate has cited. 13 & 14 Car. 2, ch. 13, § 2. What they mean by Importation is bringing in as Merchandize, ch. 19, § 2. The Meaning muft ftill be the fame.

*Mr. Gridley.* The Expreffion in this Libel, that they are imported into the Port, is different from the Language of the Act, which generally runs, "imported into any Lands, Territories," &c. The importing into a Port, is quite a different Thing from importing into a Land or Territory. In the 15 Car. 2, upon which this is grounded, it is, 'imported into any Ifland,' &c. and to fay any Thing is imported into any Land without Landing, feems to be downright Solecifm. The Wifdom of the Nation has feen fit to gain a Profit from Merchandize, but ftill that the greateft may ftill remain with the Merchant. Shall fuch a Catch as this be the Defign of the Wifdom of the Nation?

tion?    28 Edw. 3, ch. 13.    20th R. 3, ch. 4. Thefe were before the feudal Tenures were taken away, and, upon their ceafing, Cuftoms were introduced.    Carkeffe, Book of Rates, 767, 772.    In the Act of Tonnage and Poundage, inftead of importing, it is faid, brought into England, 12 Car. 2, ch. 4.   15 Car. 2, ch. 7, § 8, fhews there is *importing by Land*, fo that the Word can't have a neceffary Regard to Port.    7 & 8 of Wm. 3, ch. 22, §§ 6, 14, it is, to put on Shore.    9 & 10th of Wm. 3, ch. 43, § 1, is an Importation into a Port.    10 & 11 W. 3, ch. 10, § 19, Export is by Land, — fo is 11 & 12 W. 3, ch. 10, § 3.    Never was an Inftance of importing into a Port being an Importation. (4)

---

(4) The report of this cafe in the MS. here breaks off.   A full ftatement of the facts, the queftions raifed, and the decree of the Court, appears in the following letter from Governor Bernard to the Earl of Halifax, for a copy of which the editor is indebted to the kindnefs of Hon. Jared Sparks.

" My Lord,      .       BOSTON, Decr. 2–th, 1763.

" Purfuant to the order received from Lord Egremont to fend to his " office exact accounts of what fhall happen in the execution of the " Laws of trade, I proceed to give an account of the profecution of the " Brigantine & cargo, of the feizure of which I gave a fhort information " in my letter dated Octr. 25.

" The Brigantine Free Mafon laden with french goods, chiefly wines, " at Bourdeaux took her departure for Bofton at which place fhe ar- " rived (having firft touched at Liverpool in Nova Scotia,) on fryday " the 21ft of Octr. & came to anchor within the harbour about 6 miles " diftance from the Town.   There fhe lay at anchor all the reft of that " & the next day untill the Evening when it was dark, when fhe went " up to town.   Being hailed in paffing the Caftle, they anfwered, from " Newcaftle; & being boarded by the Man of War's barge They an- " fwered from Newcaftle laden with Coals.   But it appearing that fhe " had a Cargo of Wine, Capt. Bifhop commander of the floop of War " Fortune, who had qualified himfelf in this Province as a Cuftom houfe " Officer, feized her.   Soon after fhe was feized they owned that the Brig-
antine

" antine was loaded with french Wines &c. & came from Bourdeaux being
" bound to St. Eustatia.  And on  the monday following, being the first
" time the Custom houfe was open after the feizure, the Master made a
" report of his Cargo, (which in the courfe of the tryal was falfified) &
" his destination & praied that he might be  permitted to proceed to St.
" Eustatia.  But the Captain, as a Custom houfe officer, by the advice of
" the Advocate General, libelled the Veffell & Cargo  in the Court of
" Vice Admiralty as forfeited for importing European goods not shipt
" in Great Britain, contrary to the Act of the 15th of Cha. 2.   Upon
" which the Veffell was claimed by owners living  in this Province, & as
" for the Cargo, a claim was entered on the behalf of Mr.
" a french Merchant at Bourdeaux & Mr.              a Dutch Mer-
" chant at St. Eustatia; and it was alledged that thefe goods were
" freighted by one to the other, and that leave was given for this Veffell
" to take  Boston in her way to St. Eustatia : and that they had a Right
" to come into this Port fo long as they reported & did not break bulk.

     " This produced a Question very interesting to the Crown, that is,
" whether a Veffell laden with prohibited goods & pretended to be bound
" from a foreign European port to a foreign American port, might come,
" ever fo much out of their way, into a British American port & there
" lie at anchor upon the credit of reporting her Cargo & pretended def-
" tination.   The affirmative of this Question had been pronounced to be
" law in fome popular declamations in the caufes which were carried on
" here against the Custom houfe officers about 3 years ago : but there
" never was a caufe, that I know, in which this point was adjudged.   I
" therefore determined, whenever a Cafe should happen  in which this
" Doctrine should come into Question to oppofe it with all my power;
" fince it is obvious, that if this was determined  to be law, it would be
" neceffary to apply to Parliament for an amendment of the 15th of
" Char. 2, fince it would be impoffible to prevent foreign European goods
" coming into America, if Veffels laden with fuch goods had a right to
" come to British American ports only by reporting the Cargo & a pre-
" tended destination to a foreign Port.

     " Upon this account I took upon me the overlooking the conduct of
" this profecution in a manner more earnest & public than I have ufed in
" other caufes of this kind.   The advocate general conducted it with a
" fpirit & Judgment not  to be enough commended.   The most mate-
" rial Question was whether there  could be an importation (fo as to for-
" feit) without landing.   The judge having heard Council for two whole
" days, gave his opinion that  landing was not neceffary to make an im-
" portation  contrary to that Act, & having shown how effectually the
" Act would be defeated if a liberty for Veffells laden with prohibited
" goods, to come into British Ports at their own difcretion was allowed,
" & having mark't out feveral particular Circumstances which showed a
" fraudulent intention in the prefent cafe, decreed the Veffel & Cargo to
" be forfeited.

1763.

THE
FREEMASON.

" From

December, 4 Geo. 3.

" From this Decree the Claimers have appealed to the High Court of " Admiralty. Upon this occafion I must, *in purfuance of the orders I* " *have received to impart to your Lordfhip, fuch hints as may occur to me* " *for the better execution of the laws of trade,* earnestly recommend to " your Lordship, that the defence of this Decree against the appeal may " be fupported at the expence of his Majesty. As one third part of this " forfeiture is decreed to his Majesty, his interest in it requires the fupport " of his Officers *pro tanto*. But that is not all: if thefe extraordinary " Custom houfe officers, whofe fervice, as it's new, is the more invidious, " do not appear to have the public fupport of the Crown in what they " do according to the best advice they can procure, I am convinced that " a Combination will foon be made to distrefs & embarrafs them by ap- " peals & actions at common law for doing their duty in the most plain " & pofitive cafes. This I have feen experienced in the confederacy " which was formed against the ordinary custom houfe officers of this port " about 3 years ago, which was effectually difcouraged by one instance " only of a defence being carried on at the expence of the Crown.

" Copies of the proceedings are making out, which, together with an " abstracted state of the cafe & of the arguments ufed for the forfeiture, " will be fent by the first opportunity. Captn. Bishop has alfo feized a " ship for loading with Rice without giving bond. I advifed & assisted " him in this profecution, & the ship was condemned together with the " Rice without any defence.

" I am with great regard
                   " My Lord your Lordships
                                   " most, &c. &c. &c.
                                           " FRA : BERNARD.